# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JANICE SHANTIA BLANCHARD,**
**ADC #713670**                                                                              **PLAINTIFF**

**V.**                    **CASE NO. 4:16-CV-315-SWW-BD**

**BROWN**                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of September, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE